

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000   201-489-1536  fax

New York
—
Delaware
—
Maryland
—
Texas
—
Florida

Rachel A. Mongiello
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201.525.6222
Writer's Direct Fax: 201.678.6222
Writer's E-Mail: rmongiello@coleschotz.com

July 13, 2023

**Via Electronic Case Filing**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

  **Re:** **DeMayo, et al. v. Salerno, et al., Case No.: 3:20-cv-05811-ZNQ-TJB**

Dear Judge Bongiovanni:

  This firm represents Plaintiffs/Third-Party Defendants ("Plaintiffs") in the above-referenced matter.  As directed by the Court's text order from July 12, 2023, I write to update the Court regarding the status of the second mediation session, which was previously scheduled for June 29, 2023.  That date had to be rescheduled, as a trial Judge Falk was involved in was running long.  Earlier today, Judge Falk confirmed September 20, 2023 as the rescheduled date.

  As before, we will report back to the Court promptly after the September 20, 2023 mediation session, and we respectfully ask the Court to reopen the matter.

  As always, we greatly appreciate Your Honor's time and attention to this matter.

        Respectfully submitted,

        COLE SCHOTZ P.C.

        */s/ Rachel A. Mongiello*

        Rachel A. Mongiello

cc: All counsel of record via ECF